MINUTE ENTRY
NORTH, M.J.
MAY 14, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT NAMER | CIVIL ACTION |
| VERSUS | NUMBER: 12-2232 |
| BROADCASTING BOARD OF GOVERNORS, ET AL. | SECTION: "B"(5) |

**HEARING ON MOTION**

COURT REPORTER:   David Zarek

APPEARANCES:   David Ruddy, Wayne Jones

MOTION:

(1)   Government's Motion for Sanctions (Rec. doc. 53).

_____ :   Continued to

_____ :   No opposition

MJSTAR(00:20)

\_\_1\_\_:        Opposition


**ORDERED**

\_\_\_\_\_:        Dismissed as moot.

\_\_\_\_\_:        Dismissed for failure of counsel to appear.

\_\_\_\_\_:        Granted.

\_\_\_\_\_:        Denied.

\_\_1\_:        Other.   Upon the agreement of counsel, Plaintiff shall:
(1) supplement/correct his discovery responses by 6:00 p.m. CST on May 16, 2014, as follows:
    A. Plaintiff will supplement/correct his answer to Interrogatory No. 1;
    B. Plaintiff will supplement/correct his answer to Interrogatory No. 2, including providing the names, addresses, and phone numbers of "Kim" and "Raphael" who were identified by Plaintiff during his deposition on April 29, 2014;
    C. Plaintiff will supplement/correct his answer to Interrogatory No. 5, including explaining whether his answer would be the same for the website hottalkradio.com;
(2) supplement/correct his responses to Request for Production of Documents Nos. 5 and 6 as soon as possible; and
(3) file and serve his witness and exhibit lists by 6:00 p.m. CST on May 21, 2014.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE